IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to *Scott Findeisen v. Bristol-Myers Squibb Company, et al.*<br>Case No. 3:19-cv-0022 MCR-GRJ | MASTER CASE NO.:<br>3:16-md-02734-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

### NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT BRISTOL-MYERS SQUIBB

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance in this action as counsel for Defendant Bristol-Myers Squibb Company. All further papers and pleadings in this action should be served on the undersigned.

Respectfully submitted,

*/s/ Paige H. Sharpe*
Paige H. Sharpe (*pro hac vice*)
Paige.sharpe@arnoldporter.com
ARNOLD & PORTER
 KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington DC 20001
Telephone: (202) 942-5000

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 11th day of December, 2019, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

*/s/ Paige H. Sharpe*
