**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS LIABILITY LITIGATION | MASTER CASE NO.: 3:16-md-02734-MCR-GRJ |
| This Document Relates to *Scott Findeisen v. Bristol-Myers Squibb Company, et al.* Case No. 3:19-cv-0022 MCR-GRJ | Judge M. Casey Rodgers Magistrate Judge Gary Jones |

**NOTICE OF APPEARANCE OF COUNSEL FOR**
**<u>DEFENDANT BRISTOL-MYERS SQUIBB</u>**

PLEASE TAKE NOTICE that the undersigned hereby enters an

appearance in this action as counsel for Defendant Bristol-Myers Squibb

Company.  All further papers and pleadings in this action should be served on

the undersigned.

Respectfully submitted,

<u>*/s/ Anand Agneshwar*</u>
 Anand Agneshwar (*pro hac vice*)
 Anand.agneshwar@arnoldporter.com
 ARNOLD & PORTER
  KAYE SCHOLER LLP
 250 West 55th Street
 New York NY 10019
 Telephone: (212) 836-8000

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 11th day of December, 2019, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

*/s/ Anand Agneshwar*