# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to *Scott Findeisen v. Bristol-Myers Squibb Company, et al.*<br>Case No. 3:19-cv-0022 MCR-GRJ | MASTER CASE NO.:<br>3:16-md-02734-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

## NOTICE OF APPEARANCE OF COUNSEL FOR
## DEFENDANT BRISTOL-MYERS SQUIBB

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance in this action as counsel for Defendant Bristol-Myers Squibb Company. All further papers and pleadings in this action should be served on the undersigned.

Respectfully submitted,

*/s/ Lauren S. Colton*
Lauren S. Colton (*pro hac vice*)
Lauren.Colton@HoganLovells.com
HOGAN LOVELLS US LLP
100 International Drive
Suite 200
Baltimore, MD 21202
Telephone: (410) 659-2700

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 31st day of December, 2019, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

*/s/ Lauren S. Colton*