### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

IN RE: ABILIFY (ARIPIPRAZOLE)                Case No. 3:16md2734
PRODUCTS LIABILITY LITIGATION

This Document Relates to the Cases            Judge M. Casey Rodgers
Identified on Exhibit A                        Magistrate Judge Gary Jones

_____/

### <u>ORDER</u>

The Court has been advised that the parties reached a settlement of the cases identified on Exhibit A.  As part of the settlement, the cases are subject to dismissal with prejudice.  Accordingly:

1.      The cases identified on Exhibit A are **DISMISSED WITH PREJUDICE** from the active docket of the Court.

2.      The Court retains jurisdiction for 30 days to enforce the settlement agreement, in the event the settlement of a particular case is not consummated.

3.      The Clerk is directed to enter this Order on the docket for each of the cases identified on Exhibit A and then to close those cases for administrative purposes.  At the expiration of 30 days without activity, the Clerk must close the cases in their entirety for all purposes.

**SO ORDERED**, on this 14th day of July, 2021.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

# Exhibit A

| Plaintiff | Case No. |
|---|---|
| Burton | 3:17cv0238 |
| Smith | 3:17cv0474 |
| Odeh | 3:18cv0044 |
| Chandler-Tonstad | 3:18cv1302 |
| Findeisen | 3:19cv0022 |
| Slowey | 3:19cv0322 |
| Befumo | 3:19cv0342 |
| Ceriani | 3:19cv0351 |
| Caldwell | 3:19cv1700 |
| Kelly | 3:19cv1909 |
| Jackson | 3:19cv1924 |
| Sweeney | 3:19cv1931 |
| Laforey | 3:19cv3518 |
| Muccio | 3:19cv5042 |
| Golemba | 3:19cv5054 |